PAUL J. ANDRE (Bar No. 196585)
LISA KOBIALKA (Bar No. 191404)
JAMES HANNAH (Bar No. 237978)
VIOLAINE BRUNET (Bar No. 305609)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
vbrunet@kramerkevin.com

Attorneys for Defendant
TetraMem, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| XIAOHUA HUANG,<br><br>Plaintiff,<br>v.<br><br>TETRAMEM, INC.,<br><br>Defendant. | Case No. 5:23-cv-04936-SVK<br><br>**DEFENDANT TETRAMEM, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS UNDER 35 U.S.C. § 285**<br><br>Date:     December 12, 2023<br>Time:    10:00 a.m.<br>Ctrm.:   6, 4th Floor<br>Before:  Hon. Susan van Keulen |

# REQUEST FOR JUDICIAL NOTICE

Defendant TetraMem, Inc. ("TetraMem") respectfully requests that the Court take judicial notice of the following facts, which "can be accurately verified and readily determined from sources whose accuracy cannot be reasonably questioned" pursuant to Rule 201 of Federal Rules of Evidence. This Court may "take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." *Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (citations omitted). Accordingly, the following documents are appropriate subjects of judicial notice:

1. Attached as Exhibit A is a true and correct copy of the Order of the United States District Court for the Eastern District of California filed on December 15, 2020, for the matter entitled *Huang v. Genesis Glob. Hardware, Inc.*, with a case number 20-cv-1713, attached as Exhibit A. In footnote 5, the Court "note[d] other patent cases plaintiff ha[d] brought as a pro se litigant, which include **citations to plaintiff's history of vexatious conduct and inability to follow the federal and local rules of court**—despite being given multiple opportunities to do so." Ex. A at 7 n.5 (emphasis added).

2. Attached as Exhibit B is a true and correct copy of the Docket Navigator search results page dated October 31, 2023 pertaining to the lawsuits filed by Plaintiff Xiaohua Huang from January 1, 2020 to October 31, 2023, which he later on voluntarily dismissed, 28 in total.

3. Attached as Exhibit C is a true and correct copy of the Docket Navigator search results page dated October 31, 2023 showing the number of new patent cases filed by Plaintiff Xiaohua Huang by forum and year from January 1, 2020 to October 31, 2023.

Respectfully submitted,

Dated: November 1, 2023

By: */s/ James Hannah*
Paul J. Andre (Bar No. 196585)
Lisa Kobialka (Bar No. 191404)
James Hannah (Bar No. 237978)
Violaine Brunet (Bar No. 305609)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
vbrunet@kramerlevin.com

*Attorneys for Defendant*
TetraMem, Inc.