# Exhibit 1

Plaintiff's knowledge and effort to discussion prior to file complaint

Around February 1,2020, I was referred by some one to meet Dr. Glenn (Ning ) Ge, the CEO of TetraMem,Inc.  at TetraMem's office.  Dr. Glenn Ge explained the patented RRAM technology which TetraMem used. Comparing with the two resistance level of storage resistor , one level is at low resistance storing "state 1" and the other level is at high resistance storing "state 0", used in the RRAM in the Market , The storage resistor used in the TetraMem's RMAM can be programed to multi-resistance levels storing multi-states data rather than only "state 0" and "state 1" through applying different voltage and current on it, which is more suitable to be used in the AI or in memory  computing. Multi-state resistance value resistor storage is not something new, the CEO of TetraMem told me that their multi-state resistance value resistor storage element has the best quality and linearity. The CEO of TetraMem  introduced to me their RRAM circuit design  and the use  of ADC ( analog to digital circuit design) to read the multi-level resistance value of the resistor.  The CEO of TetraMem told me that TetraMem has very good ADC and memory read circuit design capability, they have designed. the test chip with their multi-level resistance value resistor and ADC. The CEO of TetraMem showed me their test chip manufactured and the measurement result.

Dr. Ge said that his company has more value because his company is not only a resistor memory company, his company is also a chip company with circuit and logic designers and design capability.  I said to Dr. Glenn Ge that  the unique competitive value of his company as a start-up  is its patented multi-level resistance of storage resistor.

On September 9, 2023 I sent the following message through LinkedIn network to  Glenn (Ning) Ge, the CEO of TetraRam



On September 10 , Glenn(Ning) Ge CEO of TetraRam replied me the above message through LinkedIn network

In the same time he dragged me into black name list and I can not see his name and can only view him as LinkedLn Member

On September 21, 2023 I called Ning Ge, he did not answer my call.

On September 21, I sent Ning Ge a text message: " Hi Dr.Ge,  May we meet in person and chat. Thank You.  Paul".  He did not reply.

On October 11,2023   I sent Mr. Ning ( Glen)  Ge a text message in Chinese :

Hi Dr, Ge, Three years ago We met each other , at  that time I said to you:" the most value technology of your company is the technology of resistor your company developed, the other stuff such as phase lock loop and  analog to digital converter design etc. can be purchased or developed through hiring regular engineers." I said this to you with very good wishes. Maybe " sesame open the door" is valuable at special place and moment.

Dr. Ge still did not reply my request.

The following content is the public release on the RRAM information, offering and joint development offering.

# TetraMem and Synopsys Collaborate to Accelerate Development of Groundbreaking AI Accelerator Chips with Analog In-Memory Computing

" TetraMem's analog-RRAM–based in-memory computing technology, inspired by the human brain, changes the paradigm of how AI computations are performed, launching new possibilities for AI everywhere. Designing for a radically different system requires reliable, robust, and flexible engineering tools and collaboration across global working sites. Synopsys Cloud has played a pivotal role in helping us accomplish our mission by providing seamless access to a highly secure and complete SoC design environment. With scalable access to EDA software, pre-configured end-to-end flows, and infrastructure resources, we can tape out quickly and efficiently."
~Dr. Glenn (Ning) Ge, CEO & Cofounder, TetraMem Inc.

…

Read the full Success Story at
https://www.synopsys.com/content/dam/synopsys/cloud/success-story/tetramem-success-story.pdf



> *" TetraMem's analog-RRAM–based in-memory computing technology, inspired by the human brain, changes the paradigm of how AI computations are performed, launching new possibilities for AI everywhere. Designing for a radically different system requires reliable, robust, and flexible engineering tools and collaboration across global working sites. Synopsys Cloud has played a pivotal role in helping us accomplish our mission by providing seamless access to a highly secure and complete SoC design environment. With scalable access to EDA software, pre-configured end-to-end flows, and infrastructure resources, we can tape out quickly and efficiently."*
>
> ~Dr. Glenn (Ning) Ge, CEO & Cofounder, TetraMem Inc.



## Business

TetraMem Inc, a US-based company founded in Silicon Valley in 2018, is poised to deliver the industry's most disruptive in-memory computing (IMC) technology for efficient AI applications. TetraMem is the world's only company to produce a high bit-density multi-level RRAM (aka computing memristor) based accelerator in commercial foundries. The technology was featured in the March 30, 2023 edition of Nature. Our team brings together complementary skill sets and technological know-how ranging from proprietary computing memory devices to novel computing architectures. Learn more at tetramem.com and follow us on LinkedIn.

## Challenges

- Having a global team spread across continents requires a seamless, unified mixed-signal SoC design environment for efficient collaboration
- CAD setup/flows and on-demand scalable and elastic IT resources are needed
- The AI accelerator's complex design requires smooth integration and verification of analog in-memory computing and the digital RISC-V processor, with critical time-to-market targets