# Exhibit X1

Plaintiff's infringement analysis

prior to file complaint

Based on the information in Exhibit 1 and public information TetraMem has developed the multi-level resistance state resistor storage element and designed embedded RRAM  IP offering to sell, TetraMem's RRAM  has read the claim 29 of US patent RE45259.

In the year of 2020 the CEO of TetraMem  introduced  their RRAM (ReRAM) with multi-state resistance value resistor storage element.  Multi-state resistance value resistor storage is not something new, the CEO of TetraMem told me that their multi-state resistance value resistor storage element has the best quality and linearity. The CEO of TetraMem  introduced to me their RRAM circuit design  and the use  of ADC ( analog to digital circuit design) to read the multi-level resistance value of the resistor.  The CEO of TetraMem told me that TetraMem has very good ADC and memory read circuit design capability, they have designed. the test chip with their multi-level resistance value resistor and ADC. The CEO of TetraMem showed me their test chip manufactured and the measurement result.

The following Figure1 is the basic of RRAM ( ReRAM) which is an memory with the different states of the resistor to store the binary data. Figure 1(a) shows the structure of the resistor, it is an isolator material sandwiched with two metal electrodes,  some special isolate material and some special metal electrode can make the resistor to conduct  with different resistance values. the value of the resistor can be used to record  and store the data and information. This is the basic principle of resistance  random accessible memory (RRAM).  Figure 1(b) is the resistance state transfer diagram curve when applying current and voltage to the resistor. Figure 1(c) is the two resistance value of the two state-value  resistor. Figure 1(d) is the three  resistance value  in the multi-state-value resistor of TetraMem in Exhibit 2.

Figure 2 is the array of resistance memory  schematic (RRAM).

Figure 3  shows the major part of read circuit  of  RRAM with multi-state resistance value of  resistor storage element in TrtraRam.

2



Figure 1 (a) structure of the Resistor          Figure 1 (b)  characteristics  of the Resistor





Figure 1 (c)  two  resistance value of          Figure 1 (d) three  resistance value of

the two level Resistor          the multi-level Resistor of TetraMem  in Exhibit 2

Figure 1.  The Structure, characteristics and values of the Resistor storage

element used in the RRAM (ReRAM)



Figure 2 (a)  ReRAM array



Figure 2.  RRAM (ReRAM) array  of M column and N row, the N column bit line and source line to read and write the data stored in the resistors, N row word line to enable reading and writing of the data stored in the resistors.

4



Figure 3  The read circuit of  RRAM of TetraMem

Figure 3 is the circuit of reading one column in the RRAM( ReRAM ) in Figure 2, it was turned with 90 degree.  The left side of the dot line is the reading circuit of the RRAM(ReRAM) used in the available RRAM.  For RRAM of resistors with two level resistance usually use an amplifier on the right side of the vertical dot line. But for the TetraMem's RRAM ( ReRAM) using  multi-level resistance of resistors an ADC ( analog signal to digital signal converter) is used.

When starting reading,

Step 1:  Switch  read enable signal "Ren" signal to V-read,  the N transistor controlled by "Ren" signal is On, the node Vx is set to voltage $V_0$ through the N transistor, R0, and two current source I.

Step2   If read the data controlled by WL0,simultaneously switch WL0  from low voltage to high voltage and switch  Ren from high voltage to low voltage, the transistor of WL0 is ON and transistor of Ren is OFF: in the RRAM with two level resistance of the resistor storage element,  the voltage of Vx will change to V1 or V2 which corresponds to the resistance state of the resistor storage element connected to the transistor controlled by WL0,  in the RRAM having multi-level resistance of resistor storage element, the voltage of Vx will change to one of V1, V2, V3 …… which corresponds to the resistance state of the resistor storage element controlled by WL0, each bit voltage of ADC's  output reflects the value of Vx which corresponds to the information of the resistance value being read.

5

Claim chart of Claim 29 of US Patent RE45259 read " The read circuit of RRAM of TetraMem " of Figure 1.

| claim | **Accused device:** RRAM IP which TetraMem has been developing and offering to sell. RRAM IP which TetraMem have the read circuit shown in Figure 3 |
|---|---|
| Claim 29 *of* US patent RE45259 | This claim 29 reads on schematic of "the read circuit of RRAM of TetraMem" in FIG.3 |
| A content addressable memory (CAM) system, comprising: | This is preamble |
| (1) a circuit segment configured to generate a circuit segment output based on whether at least one of a plurality of circuit segment inputs received by the circuit segment corresponds to a first logic level, | The read operation of RRAM of TetraMem in Figure 3 is explained in page 5, cited as follows:<br><br>Step 1:  Switch  read enable signal "Ren" signal to V-read,  the N transistor controlled by "Ren" signal is On, the **node Vx is set to voltage V₀** through the N transistor, R0, and two current source I.<br><br>Step2   If read the data controlled by WL0, simultaneously switch WL0  from low voltage to high voltage and switch  Ren from high voltage to low voltage, the transistor of WL0 is ON and transistor of Ren is OFF: in the RRAM having multi-level resistance of resistor storage element, the voltage of Vx will change to one of V1, V2, V3 …… which corresponds to the resistance state of the resistor storage element controlled by WL0, each bit voltage of ADC's  output reflects the value of Vx which corresponds to the information of the resistance value being read.<br><br>This claim section read the schematic in Figure 3 because the generating output of the read circuit  is |

| | |
|---|---|
| | based on at least one of WL0, WL1,...., WLm change its voltage level from low to high and switch on the controlled transistor and read the connected ( controlled) resistance and generate the output voltage. |
| (2) the circuit segment configured to set a node to a second logic level in response to an input signal, and | (2)      The read operation of RRAM of TetraMem in Figure 3 is explained in page 5, cited as follows:<br><br>   Step 1:  Switch  read enable signal "Ren" signal to V-read, the N transistor controlled by "Ren" signal is On, the **node Vx is set to voltage V$_0$** through the N transistor, R0, and two current source I.<br><br>   This section claim read the RRAM of TetraMem in Figure 3, voltage of node Vx is set based on the input voltage of Ren. |
| (3) to subsequently change the node to a third logic level in response to the plurality of circuit segment inputs, the circuit segment output corresponding to said third logic level. | (3)  This section claim read step 2.<br><br> after (in step 1) node Vx  was set to voltage V$_0$ by Ren, subsequently simultaneously switch WL0  from low voltage to high voltage and switch  Ren from high voltage to low voltage, the transistor of WL0 is ON and transistor of Ren is OFF: in the RRAM having multi-level resistance of resistor storage element, the voltage of Vx will change to one of V1, V2, V3 ...... which corresponds to the resistance state of the resistor storage element controlled by WL0, each bit voltage of ADC's  output reflects the value of Vx which corresponds to the information of the resistance value being read. |