# Exhibit 2

The RRAM  of TetraMem  was published on the
nature magazine  one picture was cited by Exhibit X1

https://www.nature.com/articles/s41586-023-05759-5.epdf?sharing_token=

**Article**

# Thousands of conductance levels in memristors integrated on CMOS

https://doi.org/10.1038/s41586-023-05759-5

Received: 7 August 2022

Accepted: 25 January 2023

Published online: 29 March 2023

Check for updates

Mingyi Rao[1,2,5], Hao Tang[3,6], Jiangbin Wu[4,6], Wenhao Song[4,5], Max Zhang[1], Wenbo Yin[1], Ye Zhuo[4], Fatemeh Kiani[2], Benjamin Chen[1], Xiangqi Jiang[1], Hefei Liu[4], Hung-Yu Chen[4], Rivu Midya[2], Fan Ye[2], Hao Jiang[2], Zhongrui Wang[2], Mingche Wu[1], Miao Hu[1], Han Wang[4], Qiangfei Xia[1,2], Ning Ge[1], Ju Li[3] & J. Joshua Yang[1,2,4]✉

Neural networks based on memristive devices[1–3] have the ability to improve throughput and energy efficiency for machine learning[4,5] and artificial intelligence[6], especially in edge applications[7–21]. Because training a neural network model from scratch is costly in terms of hardware resources, time and energy, it is impractical to do it individually on billions of memristive neural networks distributed at the edge. A practical approach would be to download the synaptic weights obtained from the cloud training and program them directly into memristors for the commercialization of edge applications. Some post-tuning in memristor conductance could be done afterwards or during applications to adapt to specific situations. Therefore, in neural network applications, memristors require high-precision programmability to guarantee uniform and accurate performance across a large number of memristive networks[22–28]. This requires many distinguishable conductance levels on each memristive device, not only laboratory-made devices but also devices fabricated in factories. Analog memristors with many conductance states also benefit other applications, such as neural network training, scientific computing and even 'mortal computing'[25,29,30]. Here we report 2,048 conductance levels achieved with memristors in fully integrated chips with 256 × 256 memristor arrays monolithically integrated on complementary metal–oxide–semiconductor (CMOS) circuits in a commercial foundry. We have identified the underlying physics that previously limited the number of conductance levels that could be achieved in memristors and developed electrical operation protocols to avoid such limitations. These results provide insights into the fundamental understanding of the microscopic picture of memristive switching as well as approaches to enable high-precision memristors for various applications.

Memristive-switching devices are known for their relatively large dynamical range of conductance, which can lead to a large number of discrete conductance levels. Different approaches have been developed to accurately program the devices[31]. However, only devices with fewer than 200 conductance levels have been reported so far[22,32]. There are no forbidden conductance states in the dynamical range of the device because a memristor is analog and can, in principle, achieve an infinite number of conductance levels. However, the fluctuation commonly observed at each conductance level (Fig. 1e) limits the number of distinguishable levels that can be achieved in a specific conductance range. We found that such fluctuation can be substantially suppressed, as shown in Fig. 1e,f, by applying appropriate electrical stimuli (called 'denoising' processes). Notably, this denoising process does not require any extra circuitry beyond the usual read-and-program circuits. We incorporated the denoising process into device-tuning algorithms and

successfully programmed a memristor made in a standard commercial foundry (Fig. 1a–d) into 2,048 conductance levels (Fig. 1g), corresponding to a resolution of 11 bits. Conductive atomic force microscopy (C-AFM) was used to visualize the evolution of conduction channels during programming and denoising processes. We discovered that a normal switching operation (set or reset) always ends up with some incomplete conduction channels, which appear as islands or blurry edges along the main conduction channel and are less stable than the main conduction channel. First-principles calculations indicate that these incomplete channels are unstable phase boundaries with dopant levels in a range that is sensitive to nearby trapped charges, contributing to the large fluctuations of each conductance level. We showed, experimentally and theoretically, that an appropriate voltage in the denoising process either annihilates (weakens) or completes (enhances) these incomplete channels, resulting in a strong reduction in fluctuation and a

[1]TetraMem, Fremont, CA, USA. [2]Department of Electrical and Computer Engineering, University of Massachusetts, Amherst, MA, USA. [3]Department of Materials Science and Engineering, Massachusetts Institute of Technology, Cambridge, MA, USA. [4]Ming Hsieh Department of Electrical and Computer Engineering, University of Southern California, Los Angeles, CA, USA. [5]These authors contributed equally: Mingyi Rao, Hao Tang, Jiangbin Wu, Wenhao Song ✉e-mail: jjoshuay@usc.edu

## Article



**Fig. 1 | High-precision memristor for neuromorphic computing. a,** Proposed scheme of the large-scale application of memristive neural networks for edge computing. Neural network training is performed in the cloud. The obtained weights are downloaded and accurately programmed into a massive number of memristor arrays distributed at the edge, which imposes high-precision requirements on memristive devices. **b,** An eight-inch wafer with memristors fabricated by a commercial semiconductor manufacturer. **c,** High-resolution transmission electron microscopy image of the cross-section view of a memristor. Pt and Ta serve as the bottom electrode (BE) and top electrode (TE), respectively. Scale bars, 1 μm and 100 nm (inset). **d,** Magnification of the memristor material stack. Scale bar, 5 nm. **e,** As-programmed (blue) and after-denoising (red) currents of a memristor are read by a constant voltage (0.2 V). The denoising process eliminated the large-amplitude RTN observed in the as-programmed state

(see Methods). **f,** Magnification of three nearest-neighbour states after denoising. The current of each state was read by a constant voltage (0.2 V). No large-amplitude RTN was observed, and all of the states can be clearly distinguished. **g,** An individual memristor on the chip was tuned into 2,048 resistance levels by high-resolution off-chip driving circuitry, and each resistance level was read by a d.c. voltage sweeping from 0 to 0.2 V. The target resistance was set from 50 μS to 4,144 μS with a 2-μS interval between neighbouring levels. All readings at 0.2 V are less than 1 μS from the target conductance. Top inset, experimental results of an entire 256 × 256 array programmed by its 6-bit on-chip circuitry into 64 32 × 32 blocks, and each block is programmed into one of the 64 conductance levels. Each of the 256 × 256 memristors has been previously switched over one million cycles, demonstrating the high endurance and robustness of the devices.

substantial increase in memristor precision. The observed phenomena generally exist in a memristive-switching process with localized conduction channels, and the insights can be applied to most memristive systems for scientific understanding and technological applications.

## Conductance levels and arrays on integrated chips

Memristors used in this study were fabricated on an eight-inch wafer by a commercial semiconductor manufacturer (Fig. 1b). Details about the



**Fig. 2 | Direct observation of the evolution of conduction channels in the denoising process using C-AFM. a**, Schematic of the customized memristor structure and C-AFM testing set-up. A C-AFM probe was used as the top electrode in the customized device. Because Ta easily oxidizes in air and is not a practical probe material, a Pt probe was used. This Pt probe had the same purpose as that of the bottom Pt electrode of the standard memristor that we used. To maintain the material stack of a standard memristor, the customized memristor has a reversed structure. **b**, Current readings at 0.1 V before (red) and after (blue) a denoising process using a subthreshold reset voltage.

**c**, Current readings at 0.1 V before (red) and after (blue) a denoising process using a subthreshold set voltage. **d**, Conductance map measured by C-AFM scanning corresponding to the before-denoising state (red) in **b**. **e**, Conductance map corresponding to the after-denoising state (blue) in **b**. **f**, Conductance map measured by C-AFM scanning corresponding to the before-denoising state (red) in **c**. **g**, Conductance map corresponding to the after-denoising state (blue) in **c**. The dashed yellow circles in **d**–**g** highlight the changes observed before and after the denoising process. Scale bars, 10 nm.

fabrication process are provided in the Methods. Cross-section views of a memristor are shown in Fig. 1c, and the crucial resistive switching layers are magnified in Fig. 1d. The elemental image produced by electron energy-loss spectroscopy is shown in Supplementary Fig. 1. The device, which consists of a Pt bottom electrode, a Ti/Ta top electrode and a HfO$_2$/Al$_2$O$_3$ bilayer, was fabricated in a 240-nm via above the CMOS peripheral circuitry. The Al$_2$O$_3$ and Ti layers are designed to be thin (<1 nm) so that they seem as a mixed layer rather than two separate continuous layers. When the bottom electrode is grounded, the device can be switched by applying either a sufficiently positive voltage (for set) or a negative voltage (for reset) to the top electrode. The fluctuation level (characterized by the standard deviation of a measured current under a constant voltage) after a set or a reset operation is distributed in a wide range (Supplementary Fig. 2). The result indicates that an as-programmed state typically has large fluctuations. This considerably limits the applications of memristors, but is a characteristic of memristive materials more generally[33–34]. The data also show that a set operation tends to induce a larger fluctuation in an as-programmed state than does a reset operation. Such reading fluctuations mainly consist of random telegraph noise (RTN), which typically has step-like transitions between two or more current levels at random time points under a constant reading voltage. Such RTN generally exists in memristors. Even fluctuations that do not seem step-like may in fact be made of a RTN[37], which can be shown only when the measurement sampling rate is higher than the RTN frequency, as shown in Supplementary Fig. 3. It has been demonstrated previously by simulations that memristor RTN may be caused by charges occasionally trapping into certain defects and blocking conduction channels because of Coulomb screening[34,38]. However, experiments that directly link trapped charges, conduction channel(s) and RTN, and how to remove it, are missing. Although this

is a critical issue for memristors in general, it has been unclear how to reduce the RTN in memristors. These experiments are important not only for understanding the physical origin of memristor RTN but also for revealing the entire microscopic picture of memristive switching and providing possible solutions to high-precision memristors.

We discovered that the fluctuation level could be greatly reduced by applying small voltage pulses with optimized amplitude and width. An example is given in Fig. 1e, in which an as-programmed state with a considerable fluctuation (blue) was stabilized into a low-fluctuation state (red) by denoising pulses. Using a three-level feedback algorithm devised to denoise, as shown in Supplementary Fig. 4, a single memristor was tuned into 2,048 conductance states between 50 and 4,144 μS, with a 2-μS interval between every two neighbouring states. All states were read by a voltage sweeping from 0 to 0.2 V, as shown in Fig. 1g. The bottom inset to Fig. 1g shows magnification of the current–voltage curves, which show the well-distinguishable states and the marked linearity of each state. Three nearest-neighbour states after denoising are shown in Fig. 1f, in which a constant voltage of 0.2 V reads each state for 1,000 s. The current fluctuation of every state is within 0.4 μA, corresponding to 2 μS in conductance. No significant overlap was observed in the neighbouring states. A magnification of the measurement at high-conductance states is shown in Supplementary Fig. 5. Memristors from multiple chips of an 8-inch wafer were measured, demonstrating considerable programming uniformity across the entire wafer, as shown in Supplementary Fig. 6. We further used the denoising process in the array-level programming of an entire 256 × 256 array using the on-chip circuitry. The experimentally programmed patterns are shown in Fig. 1g (top inset) and Supplementary Fig. 7. For demonstrations using the on-chip circuitry, the programming precision was limited by the precision of the on-chip analog-to-digital conversion peripheral circuitry,

## Article



**Fig. 3 | Trapped-charge-induced conductance change in incomplete conduction channels. a**, The RTN-responsible defect (orange) is 1 nm away from an island-like conduction channel (blue). The channel is formed by a conductive phase region (phase II) and the phase boundary (PB) region. **b**, The transport electron wavefunction corresponding to **a**, where *z* denotes the position of the channel along the electron transport direction (from −3 nm to 3 nm), and *n(z)* shows the normalized integration of the transport electron wavefunction on the plane perpendicular to the *z* direction, which indicates the electrical conduction at each *z* position. The black and red curves are *n(z)* when

the carrier density in the channel is $5 \times 10^{18}$ cm$^{-3}$ or $1 \times 10^{19}$ cm$^{-3}$ with one electron trapped at the defect, respectively, and the blue line is *n(z)* with no electron trapped. **c**, Two defects (orange) are positioned away from a channel that is attached to the main conduction channel. The PB region is 3 nm in width. **d**, The transport electron wavefunction corresponding to **c**. The red and blue lines correspond to *n(z)* when one electron is trapped in the defect 0.8 nm and 1 nm away from the channel, respectively, and the green and black lines correspond to *n(z)* when both or none of the defects have trapped electrons. The carrier density in the channel for the simulation is $5 \times 10^{18}$ cm$^{-3}$.

which was 6-bit (64 levels) in this design. The testing set-up and the schematic of the driving circuits are shown in Supplementary Fig. 8. The extra system cost caused by the denoising process is estimated in Supplementary Information Section 9. Because a relatively smaller voltage is needed for denoising than is required for typical set or reset programming, the extra energy consumption is only a small fraction of the energy needed for programming. Further studies show that the denoising operation can also reduce RTN in other material stacks, for example, a TaO$_x$-based memristor, as shown in Supplementary Fig. 10. Because reading noise has been observed in various resistive switching materials, the results indicate that the denoising step is an important, potentially essential, process for the training of memristive neural networks because unstable readings lead to incorrect outputs from the neural networks, and these cannot be compensated for by adaptive in situ training.

### Conduction channel evolution in denoising processes

Deciphering the underlying reason for the above results is essential for finding a reliable solution to the problem of unstable conductance states and understanding the dynamic process of memristive switching. Visualizing the evolution of conduction channels during electrical operations is informative for this purpose[39–42]. We used C-AFM to precisely locate the active conduction channel(s) and scan all of the surrounding regions. Details of the measurement are provided in the Methods and Supplementary Fig. 11. A customized device was fabricated for the C-AFM measurements. A schematic of its structure is shown in Fig. 2a. To use the Pt-coated C-AFM tip as the top electrode, the device was designed to have a reversed structure compared with that of the standard device shown in Fig. 1d. By grounding the bottom electrode and applying a voltage to the top electrode, the device can be operated as our standard device with opposite voltage polarities—that is, a positive voltage tends to reset the device, and a negative voltage tends to set the device. Denoising operations were also successfully

performed by C-AFM, as shown in Fig. 2b,c. The conductance scanning results corresponding to the reading results of Fig. 2b are shown before (Fig. 2d) and after (Fig. 2e) denoising, and those for the reading results of Fig. 2c are shown in Fig. 2f,g. A comparison of the conductance maps in Fig. 2d,e reveals that the main part of the conduction channel (the 'complete' channel) remains nearly the same whereas the positive denoising voltage annihilates an island-like channel (the 'incomplete' channel). By contrast, the negative denoising voltage (Fig. 2f,g) reduces the noise by removing the current dips in Fig. 2c. These results indicate that the conductance of an RTN-rich state can be divided into two parts: the base conductance provided by complete channels and the RTN provided by incomplete channels. These incomplete channels had formed together with complete channels but were smaller in size. Such incomplete channels were also observed in SrTiO$_3$-based resistive switching devices[43]. A memristor can be denoised by eliminating incomplete channels (by either removing or completing them). Incomplete channels are more sensitive to voltage stimuli compared with complete channels, which makes it possible to tune the former without affecting the latter by using appropriate electrical stimuli. Further studies suggest that this is a general mechanism and can also be performed in other material stacks (Supplementary Fig. 12). It should be noted that the seemingly isolated island(s) may or may not be electrically connected with the main conduction channel beneath the surface. However, this does not change the denoising mechanisms or operation protocols.

### Switching and denoising mechanisms

To understand the mechanism of denoising, we studied the microscopic origin of RTN in memristors. An important question is whether RTN is induced by an atomic effect or electronic effect. As shown in Supplementary Fig. 13, incomplete channels are consistently observed in a C-AFM scan whenever RTN is observed. Once incomplete channels are eliminated, the RTN disappears. This indicates that RTN is associated