Xiaohua Huang, *pro se*
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5633
Email: paul-huang03@outlook.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Xiaohua Huang   Pro Se,** | Civil Action No.: 5:23-cv-04936-SVK |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **TetraMem, Inc.** | |
| Defendant. | |

### PLAINTIFF XIAOHUA HUANG'S RESPONSE TO DEFENDANT TETRAMEM, INC.'S NOTICE of Dkt. No. 11.

Plaintiff respectfully submits this response to Defendant's notice in Dkt.No.11. Defendant and its counsel's conduct is something related to personal attack with partial selected opinion and false information rather than focus on this case of infringement. Each judge is independent with his/her independent judgement. Defendant counsel should not try to brain wash and influence Judge with other Judge's conduct. Defendant counsel's conduct related to personal attack, defamation and something else.

Plaintiff does believe that the attorneys who graduate from top law schools and work in top law firms or the outstanding attorneys ( taking the Judge position or once being a Judge) should not always have negative opinions or look down on the attorney whose conduct is not very decent once upon a time because he can only behave up to that level at that moment, and should not even further attack him with his graduating from Golden Gate University,

1

School of Law to speculate that his IQ not high enough to behave up to some decency level.

Plaintiff is not a lawyer, but based on human's nature of kindness, Plaintiff does believe that an engineer should focus on solving engineering problems, a lawyer should focus on solving legal problems, not personal attack.

Exhibit A of Dkt.No.11 is Dkt. No. 33 in case No. 2:20-cv-1713-JAM-KJN which is nothing but false statement and the statement based on other defendant counsel's false statement. Plaintiff filed appeal to District Judge to vacate Dkt.No.33 in case No. 2:20-cv-1713-JAM-KJN, which was entered as Dkt.No.39 in case No. 2:20-cv-1713-JAM-KJN. In Dkt.39 each and every negative statement of Dkt.No.33 were proved as either false statement or fraud with factual material evidence. The Court has response in Dkt. No. 40 to Dkt. No. 39 which is exhibited in Exhibit Z. In fact Plaintiff mailed Dkt. No. 34 to the Court before Dkt.No;33 was entered. Otherwise Plaintiff will filed the appeal to vacate Dkt.No. 33 first. Defendant counsel only took the false statement and fraud and ignore the Plaintiff's response. Defendant counsel's action is nothing but costing the resource of the Hon. Court and Plaintiff's time and effort to benefit his income.

Dated: November 14, 2023                    Respectfully Submitted,

                                            Xiaohua Huang

                                            P.O. Box 1639, Los Gatos CA95031
                                            Tel: 669 273 5633
                                            Email: paul-huang03@outlook.com

Exhibit Z   Plaintiff's appeal to vacate Dkt. No.33 in case: 2:20-cv-1713
Exhibit Z-1  Dkt. No.40 in case: 2:20-cv-1713