UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>    Plaintiff,<br><br>    v.<br><br>TETRAMEM, INC.,<br><br>    Defendant. | Case No.  23-cv-04936-SVK<br><br>**ORDER TERMINATING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

Defendant's motion to dismiss (Dkt. 8) is hereby **TERMINATED AS MOOT** in light of the filing of the amended complaint (Dkt. 15).  *See* Fed. R. Civ. P. 15(a)(1)(B).

**SO ORDERED.**

Dated: November 15, 2023

SUSAN VAN KEULEN
United States Magistrate Judge