Xiaohua Huang, *pro se*
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5633
Email: paul-huang03@outlook.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Xiaohua Huang  Pro Se,** Plaintiff, v. **TetraMem, Inc.** Defendant. | Civil Action No.: 5:23-cv-04936-SVK **MR. Xiaohua Huang's APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT** Judge: Hon. Susan van Keulen |

To the Clerk of the United States District Court for Northern District of California:

Plaintiff Xiaohua Huang respectfully asks that the Clerk enter the default of Defendant TetraMem, Inc. for failure to plead or otherwise defend against this action in a timely manner.

As evidenced by the proof of amended complaint ECF 15 filed in this Court on November 14, 2023, Defendant are required to file response on November 28, 2023 based on Fed. R. civ. P. 15 (a)(3) Time to Respond. *Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.* Defendant did not file the response by November 29, 2023.

Plaintiff Xiaohua Huang respectfully asks that the Clerk enter the default of Defendant TetraMem, Inc.

1

Dated: September 25, 2023                    Respectfully Submitted,

                                             Xiaohua Huang

                                             P.O. Box 1639, Los Gatos CA95031
                                             Tel: 669 273 5633
                                             Email: paul-huang03@outlook.com

Exhibit 1   declaration on the filing of ECF 15
Exhibit 2   ECF 15