# Exhibit 1

The email notice to defendant of ECF 15 amended complaint filing

I, Xiaohua Huang, declare as follows:

The following material is same as original email sent out from the Court ECF system.




I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Campbell, California, on November 29, 2023.

Xiaohua Huang