# Exhibit 2
# ECF 15 amended complaint

Xiaohua Huang, *pro se*
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5633
Email: paul-huang03@outlook.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Xiaohua Huang   Pro Se,**<br><br>    Plaintiff,<br><br>v.<br><br>**TetraMem, Inc.**<br><br>    Defendant. | Civil Action No.: 5:23-cv-04936-SVK<br><br>**TRIAL BY JURY DEMANDED** |

### PLAINTIFF XIAOHUA HUANG'S  FIRST AMENDED COMPLAINT FOR INFRINGEMENT OF PATENT

Plaintiff, Xiaohua Huang ("Plaintiff" or "Huang"), hereby files his first amended Complaint for Patent Infringement against Defendants, THAT'S TetraMem, Inc. ("TetraMem" or "Defendant and respectfully alleges as follows:

### NATURE OF THE ACTION

1.   This is a civil action for patent infringement under the Patent Laws of the United States, 35 U.S.C. §101, et seq., to prevent and enjoin Defendant TetraMem, Inc. (hereinafter "TetraMem" or "Defendant") from infringing and profiting, in an illegal and unauthorized manner and without authorization and/or consent from Plaintiff, from U.S. Patent No. RE45259 (the "'RE259patent" which is attached hereto as Exhibit A and incorporated herein by reference, and pursuant to 35 U.S.C. §271, and to recover damages and costs.

### THE PARTIES

2.   Xiaohua Huang is an individual, he currently resides at Campbell, CA95008. Huang has developed the state of the art high speed and low power U.S. patented

1

circuit and logic design to build high speed and low power IC chip since the year of 2000, one of those patents is US Patent RE45259.

3. TetraMem is or purports to be a company having its head quarter office address in: 4027 Clipper Ct, Fremont, CA 94538 with its website: https://www.tetramem.com/.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, 35 U.S.C. § 101, et seq. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) - (c) and 28 U.S.C. § 1400(b) in that Defendant which has its regular business and main office in 4027 Clipper Ct, Fremont, CA 94538 can be sued in this judicial district.

## BACKGROUND FACTUAL ALLEGATION

5. A true and correct copy of the 'RE259patent is attached hereto as Exhibit A. The 'RE259patent is valid and owned by Plaintiff Mr. Huang as the inventor.

6. In Nov. 2000 "Huang" found CMOS Micro Device Inc. ("CMOS") in Campbell, California. Huang developed advanced TCAM design in CMOS and invented many patented high speed and low power IC design circuit and logic such as the circuit and logic design claimed in the claim 29 of US patent RE45259. At least the claim 29 of US patent RE45259 read the circuit and logic design found in the ReRAM IP and chip which have been designed and made by TetraMem in its office in 4027 Clipper Ct, Fremont, CA 94538 .

## THE INFRINGING PRODUCTS WHICH DEFENDNAT MAY HAVE MADE AND SOLD

7. Based on the information obtained that the products made by Defendant TetraMem, including but not limited to embedded RRAM IP and chips contains the IC with the function which read the claim 29 of US patent RE45259. In page 5 and

2

page 6 of Exhibit 1 the joint news release made by TetraMam and Synopsys offer to sell the RRAM of TetraMem with its marketing name " TetramMem's analog- RRAM- based in-memory computing technology ……". Exhibit 3 shows the content of the paper published on nature magazine on TetraMem's multi-resistance resistor memory (RRAM). How and why the RRAM of TetraMem have infringed claim 29 of US patent RE45259 is analyzed and explained in Exhibit X1.

### COUNT I:  INFRINGEMENT OF U.S. PATENT NO. RE45259

8. Plaintiff refers to and incorporates herein the allegations of Paragraphs 1-7 above.

9. On November 25, 2014 U.S. Patent No. RE45259 (the"'RE259Patent") was duly and legally issued for a "Hit ahead hierarchical scalable priority encoding logic and circuits." A true and correct copy of the 'RE259patent is attached hereto as Exhibit A. Xiaohua Huang as inventor is the owner of all rights, title, and interest in and to the 'RE259 patent.

10. On information and belief, Defendant TetraMem has infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent one or more of the claims of the'RE259 patent through making ReMAM IP and chips containing circuit and logic function which have infringed at least claim 29 of the 'RE259 patent under 35 U.S.C. § 271(a), (b) and(c).

11. On information and belief, Defendant TetraMem has induced its Customers to have infringed and continue to infringe directly, indirectly, literally, on Doctrine of Equivalent the claim 29 of the 'RE259 patent by using the devices which infringes the claim 29 of 'RE259 patent. The Customers of the Defendant uses the function of reading and writing data and information which contains the circuit and logic reading the claim 29 of the 'RE259 patent. The using of function of reading and writing data and information in accused devices are completely not a staple article or commodity

of commerce suitable for substantial non-infringing use.

12.  Defendant TetraMem's acts of infringement, inducing infringement have caused damage to Xiaohua Huang, and Xiaohua Huang is entitled to recover from Defendant for the damages sustained by Xiaohua Huang as a result of Defendant's wrongful acts in an amount subject to proof at trial. Defendant's infringement of Xiaohua Huang exclusive rights under the 'RE259 patent will continue to damage Xiaohua Huang, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Defendant's infringement entitle Xiaohua Huang to recover damages under 35 U.S.C.§284 and to legal fees and costs incurred in prosecuting this action under35 U.S.C. § 285.

## JURY DEMAND

25.  Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Xiaohua Huang requests a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Xiaohua Huang prays for the following relief:

(a). A judgment in favor of Xiaohua Huang that Defendant TetraMem has infringed and is infringing U.S. Patent No RE45259;

(b). A judgment that the 'RE259 patent is valid and enforceable;

(c). An order preliminarily and permanently enjoining Defendant and its subsidiaries, parents, officers, directors, agents, servants, employees, affiliates, attorneys and all others in active concert or participation with any of the foregoing, from further acts of infringement of the 'RE259;

(d). An accounting for damages resulting from Defendant's infringement of

4

the 'RE259 patent under 35 U.S.C. § 284;

(e). An assessment of interest on damages;

(f). A judgment awarding damages to Xiaohua Huang for its costs, disbursements, expert witness fees, and legal fees and costs incurred in prosecuting this action, with interest pursuant to 35 U.S.C. § 285 and as otherwise provided by law;

(g). Such other and further relief as this Court may deem just and equitable.

Dated:  September 25, 2023                    Respectfully  Submitted,

                                              Xiaohua Huang

                                              P.O. Box 1639, Los Gatos CA95031
                                              Tel: 669 273 5633
                                              Email:  paul-huang03@outlook.com

Exhibit A   US patent RE45259
Exhibit 1  pre-suit background
Exhibit 2  Tetramem-paper
Exhibit  X1 Pre-suit analysis

5