PAUL J. ANDRE (Bar No. 196585)
LISA KOBIALKA (Bar No. 191404)
JAMES HANNAH (Bar No. 237978)
VIOLAINE BRUNET (Bar No. 305609)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
vbrunet@kramerkevin.com

Attorneys for Defendant
TetraMem Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| XIAOHUA HUANG,<br><br>Plaintiff,<br><br>v.<br><br>TETRAMEM INC.,<br><br>Defendant. | Case No. 5:23-cv-04936-SVK<br><br>**DECLARATION OF JAMES HANNAH IN SUPPORT OF DEFENDANT TETRAMEM INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGEMENT AND CROSS-MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:     January 9, 2024<br>Time:    10:00 a.m.<br>Ctrm.:    6, 4th Floor<br>Before:  Hon. Susan van Keulen |

I, James Hannah, hereby declare as follows:

1. I have personal knowledge of the facts stated herein.

2. I am licensed to practice law in the State of California and am an attorney at Kramer Levin Naftalis and Frankel LLP, counsel of record for TetraMem Inc. ("TetraMem"). I make this declaration in support of TetraMem's Opposition to Plaintiff's Motion for Entry of Default Judgement (the "Opposition") and TetraMem's Cross-Motion for an Extension of Time, or in the alternative, for Leave to File its Response to Plaintiff's First Amended Complaint (the "Cross-Motion").

3. Plaintiff filed its Complaint against TetraMem on September 26, 2023, its First Amended Complaint ("FAC") on November 14, 2023, and an exhibit to the FAC on November 29, 2023. We calendared a due date for a response as December 5, 2023. On November 29th, we discovered that we mis-calendared TetraMem's response deadline to Plaintiff's First Amended Complaint ("FAC").

4. While we were preparing a request to Plaintiff to address the deadline, Plaintiff sent me an email, alleging that TetraMem's deadline to respond to the FAC was the day before, November 28, 2023. I immediately responded to Plaintiff, noting that Plaintiff had just filed an Exhibit A to the FAC that day (Dkt. No. 22), requesting that the parties stipulate to a deadline of December 5, 2023 to file a response to the FAC, and asking that we receive a response as soon as possible. Attached hereto as Exhibit 1 is a true and correct copy of the email exchange between me and Plaintiff on November 29, 2023.

5. Rather than respond to my request for additional time, two (2) hours later, in the evening of November 29th, 2023, Plaintiff filed a Motion for Default, entitled "Mr. Xiaohua Huang's APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT." Dkt. No. 23.

6. On November 30th, 2023, I tried to contact Plaintiff to have a verbal meet and confer to no avail.

1

HANNAH DECL. ISO OF TETRAMEM'S OPP. TO MOTION         Case No. 5:23-cv-04936-SVK
FOR ENTRY OF DEFAULT AND CROSS-MOTION FOR EXTENSION

7. Ultimately, the parties met and conferred on December 1, 2023, via telephone, regarding a possible extension of time for TetraMem to file a response to the FAC and withdrawal of the Default Motion.

8. During the meet and confer, Plaintiff refused to commit to stipulate to a week extension for TetraMem to respond to the FAC and refused to withdraw the Default Motion.

9. Attached hereto as Exhibit 2 is a true and correct copy of TetraMem's proposed response to Plaintiff's Amended Complaint.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2023 in Redwood City, California.

By: */s/ James Hannah*
      James Hannah