# EXHIBIT 1

# Nov. 29, 2023 Email

**From:** xiaohua huang <paul-huang03@outlook.com>
**Date:** November 29, 2023 at 5:31:31 PM PST
**To:** "Hannah, James" <JHannah@kramerlevin.com>
**Subject: [EXTERNAL] Re: notice on passed  dead line**

Mr.Hannah,

    We can discuss the time extension you requested, but  the Exhibit A  filed to day should not be the reason for time extension because  the amended complaint ECF 15  asserted US patent RE45259 and you already have a copy of US patent RE45259 from the original complaint.

Regards

Xiaohua Huang (Paul)

---

**From:** Hannah, James <JHannah@KRAMERLEVIN.com>
**Sent:** Wednesday, November 29, 2023 4:56 PM
**To:** xiaohua huang <paul-huang03@outlook.com>
**Subject:** RE: notice on passed dead line

Mr. Huang,

We saw that you filed an Exhibit today in connection with your First Amended Complaint.  We request that the parties stipulate that TetraMem's response to this First Amended Complaint is due by December 5, 2023 in light of the filing that you did today.  Please let us know as soon as possible today if you agree.  Thanks.

James

James Hannah
Partner

1

Kramer Levin Naftalis & Frankel LLP
333 Twin Dolphin Drive, Suite 700, Redwood Shores, California 94065
T 650.752.1712 F 650.752.1812

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** xiaohua huang <paul-huang03@outlook.com>
**Sent:** Wednesday, November 29, 2023 4:11 PM
**To:** Hannah, James <JHannah@KRAMERLEVIN.com>
**Subject:** [EXTERNAL] notice on passed dead line

Mr. Hannah,

　　This email is to inform you that my amended complaint  ECF 15  in Case 5:23-cv-04936-SVK was filed on Nov.14,2023, the response is due on Nov.28.
 I have not seen your response filed.

Regards

Xiaohua Huang