Xiaohua Huang, *pro se*
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5633
Email:  paul-huang03@outlook.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Xiaohua Huang   Pro Se,**<br><br>          Plaintiff,<br><br>v.<br><br>**TetraMem, Inc.**<br><br>          Defendant. | Civil Action No.: 5:23-cv-04936-SVK<br><br>**MR. Xiaohua Huang's response to Dkt.No.24**<br><br>Judge: Hon. Susan van Keulen |

   Plaintiff respectfully submits this response to ECF. No. 24 which defendant filed as following:

   Fed.R.civ.P. 6 (b) Extending Time.

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

   Based on Exhibit 1 Defendant Counsel Mr. Hannah never mentioned  that he failed to file response to ECF.No.15  on time is because of excusable neglect. All what Mr. Hannah said in writing or verbally is that he failed to respond to ECF No. 15 is because: (1) Exhibit A US patent RE45259 was not attached in the ECF No. 15 but filed on November 29,2023; (2) "Mr. Hannah will file motion to ask the Court to extend time and the Court always grant his request."

   In ECF No. 24  Mr. Hannah claimed " TetraMem inadvertently mis-calendared the

1

deadline to file TetraMem's Response to Plaintiff's FAC" Mr. Hannah did not explain how and why TetraMem mis-calendared the deadline. Exhibit 2 shows that the ECF filing of ECF No.15 are emailed to

jhannah@kramerlevin.com, svdocketing@kramerlevin.com ,which should be Mr. Hannah and the person who is responsible for document control in Mr. Hannah's law firm.

Also the following attorneys are all listed in the filing of this case:

PAUL J. ANDRE (Bar No. 196585)

LISA KOBIALKA (Bar No. 191404)

JAMES HANNAH (Bar No. 237978)

VIOLAINE BRUNET (Bar No. 305609)

KRAMER LEVIN NAFTALIS & FRANKEL LLP

333 Twin Dolphin Drive, Suite 700

Redwood Shores, CA 94065

Telephone: (650) 752-1700

Facsimile: (650) 752-1800

pandre@kramerlevin.com

lkobialka@kramerlevin.com

jhannah@kramerlevin.com

vbrunet@kramerkevin.com

    Defendant's "mis-calendared" is not convincing for so many people including attorneys and document controller involved in this case.

    The motion to dismiss in 24-3 (Exhibit 2) of ECF No.24 is not sincere because the ECF No.15 with its exhibit explains well how the claim 29 of US patent RE45259 read the RRAM IP of defendant has developed and offered to sell.

Dated:  December 5, 2023        Respectfully  Submitted,

Xiaohua Huang

P.O. Box 1639, Los Gatos CA95031<br>
Tel: 669 273 5633<br>
Email: paul-huang03@outlook.com

Exhibit 1  declaration

Exhibit 2 ECF email