PAUL J. ANDRE (Bar No. 196585)
LISA KOBIALKA (Bar No. 191404)
JAMES HANNAH (Bar No. 237978)
VIOLAINE BRUNET (Bar No. 305609)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
vbrunet@kramerkevin.com

Attorneys for Defendant
TetraMem Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| XIAOHUA HUANG | Case No. 5:23-cv-04936-SVK |
| Plaintiff,<br>v.<br>TETRAMEM INC.,<br>Defendant. | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT TETRAMEM INC.'S<br><br>~~(1) OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT TETRAMEM INC.;~~<br><br>~~(2)~~ CROSS-MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF XIAOHUA HUANG'S FIRST AMENDED COMPLAINT, UNDER FED. R. CIV. P. 6(b) AND FOR LEAVE TO FILE RESPONSE TO PLAINTIFF XIAOHUA HUANG'S FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 6(b) **AS MODIFIED**<br><br>Date:      January 9, 2024<br>Time:      10:00 a.m.<br>Ctrm.:     6, 4th Floor<br>Before:   Hon. Susan van Keulen |

The Court having read and considered Defendant TetraMem's ~~(1) Opposition to Plaintiff's Motion for Entry of Default against Defendant TetraMem Inc. and (2)~~ Cross-Motion for an Extension of Time to Respond to Plaintiff Xiaohua Huang's First Amended Complaint, under Fed. R. Civ. P. 6(b) and for Leave to File Response to Plaintiff Xiaohua Huang's First Amended Complaint under Fed. R. Civ. P. 6(b), papers filed in ~~support of its~~ Opposition ~~and Motion, any reply by Plaintiff~~, and all arguments and documents in this case before the Court, orders as follows:

~~It is hereby ORDERED THAT:~~

~~1.   Plaintiff's Motion for Entry of Default against TetraMem Inc. is DENIED;~~

~~2.~~   TetraMem's Cross-Motion for an Extension of Time to Respond to Plaintiff Xiaohua Huang's First Amended Complaint, under Fed. R. Civ. P. 6(b) and for Leave to File Response to Plaintiff Xiaohua Huang's First Amended Complaint under Fed. R. Civ. P. 6(b) is GRANTED for good cause shown. TetraMem shall file its response to the first amended complaint **by no later than December 21, 2023**. The January 9, 2024 hearing is **VACATED**.

**SO ORDERED** this 7th day of December, 2023.

_____
Hon. Susan van Keulen
United States Magistrate Judge