Xiaohua Huang, *pro se*
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5633
Email: paul-huang03@outlook.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Xiaohua Huang   Pro Se,** | Civil Action No.: **5:23-cv-04936-SVK** |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **TetraMem, Inc.** | |
| Defendant. | |

### PLAINTIFF XIAOHUA HUANG'S MOTION FOR LEAVE TO FILE "PLAINTIFF XIAOHUA HUANG'S REVISED FIRST AMENDED COMPLAINT FOR INFRINGEMENT OF PATENT IN RESPONSE TO ECF.NO. 28 DEFENDANT FILED"

Plaintiff, Xiaohua Huang ("Plaintiff" or "Huang") respectively moves the Court for leave to file his "revised first amended Complaint for infringement of Patent in response to ECF No. 28 defendant filed" to respond and answer to defendant's motion ECF No.28.

In defendant's motion ECF No. 28 Defendant claimed two items to dismiss Plaintiff's first amended complaint. (1) "Plaintiff does not even mention any specific versions of TetraMem's ReRAM" on line 2 to 6 of page 4 in ECF No.28; (2) " "Plaintiff's infringement analysis prior to file complaint" is unintelligible" on line 26 to 27 of page 6 in ECF No.28. Although the two claims made by defendant are not true, Plaintiff revised his first amended complaint to respond defendant's two claims.

Based on Civil L.R. 10-1 and Fed.R.civ.P. 15 (a)(2) Plaintiff attached the proposed "PLAINTIFF XIAOHUA HUANG'S REVISED FIRST AMENDED

COMPLAINT  FOR INFRINGEMENT OF PATENT IN RESPONSE TO
ECF.NO. 28 DEFENDANT FILED"  and its six exhibits.

Plaintiff respectively  asks the Court to grant his request and allow him to
file "PLAINTIFF XIAOHUA HUANG'S REVISED  FIRST AMENDED
COMPLAINT  FOR INFRINGEMENT OF PATENT IN RESPONSE TO
ECF.NO. 28 DEFENDANT FILED"


Dated:  December 26, 2023                    Respectfully  Submitted,


                                             Xiaohua Huang


                                             P.O. Box 1639, Los Gatos CA95031
                                             Tel: 669 273 5633
                                             Email:  paul-huang03@outlook.com



Exhibit 0    PLAINTIFF XIAOHUA HUANG'S REVISED  FIRST AMENDED
             COMPLAINT  FOR INFRINGEMENT OF PATENT IN RESPONSE
             TO ECF.NO. 28 DEFENDANT FILED
Exhibit A    US patent RE45259

Exhibit 1    pre-suit background

Exhibit 2    Tetramem-paper

Exhibit 3    Successful story of TetraMem selling its RRAM

Exhibit 4    TetraMem selling its RRAM in 22nm process.

Exhibit X1   Pre-suit analysis

Exhibit 10   proposed Order